**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Raymond G. Fragassi            CHAPTER 13
          Debtor(s)

                                               BKY. NO. 19-17836 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                         Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
18 Jul 2023, 12:45:59, EDT

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322