United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17836-amc |
| Raymond G. Fragassi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 29, 2025 | Form ID: 138OBJ | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond G. Fragassi, 2 Green Valley Drive, Southampton, PA 18966-1613 |
| 14799903 | + | BANK OF AMERICA, N.A, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14721890 | + | BANK OF AMERICA, N.A, c/o, McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14458114 | + | Bank of America Mortgage, a Division of, Bank of America, N.A., 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14600685 | + | Bank of America N.A., c/o Andrew M. Lubin Esquire, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14568123 | + | Bank of America, N.A., c/o DANIEL P. JONES, Stern and Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14567877 | + | Bank of America, N.A., c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14722095 | + | Bank of America, N.A., c/o ANDREW M. LUBIN, McCabe, Weisberg & Conway LLC, 216 Haddon Ave., Suite 201 Westmont, NJ 08108-2818 |
| 14440662 | + | Bridget Fragassi, 2 Green Valley Drive, Southampton, PA 18966-1613 |
| 14470997 | + | CITIMORTGAGE, INC., CENLAR FSB SUBSERVICING ON BEHALF OF, CITIMORTGAGE, INC., BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14447871 | + | Citimortgage, INC., c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14447448 | | Citimortgage, INC., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14554037 | + | Citimortgage, INC., c/o DANIEL P. JONES, Stern and Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14440678 | + | Ngpenterpris, 4600 North Powerline Rd, Pompano Beach, FL 33073-3027 |
| 14440679 | + | Portfolio Recovery Associates, Dept 6541, PO Box 1259, Oaks, PA 19456-1259 |
| 14440680 | + | Raymr&flnign, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 30 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2025 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14457418 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2025 00:29:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14440657 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2025 00:29:23 | American Infosource LP as Agent for, T Mobile/T-Mobile USA, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14440658 | + | Email/PDF: bncnotices@becket-lee.com | Jan 30 2025 00:30:27 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14799690 | ^ | MEBN | Jan 30 2025 00:08:03 | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14440659 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |

Case 19-17836-amc    Doc 76    Filed 01/31/25    Entered 02/01/25 00:36:00    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jan 29, 2025 | Form ID: 138OBJ | Total Noticed: 55 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14440660 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2025 00:16:00 | Bank Of America, Nc4-102-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| | | | Jan 30 2025 00:16:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14458088 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 30 2025 00:17:00 | Bank of America Mortgage, a Division of Bank of Am, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14452529 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 30 2025 00:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14459682 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2025 00:16:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 14440661 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 30 2025 00:17:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14440663 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 30 2025 00:17:00 | CENLAR, PO Box 77404, Ewing, NJ 08628 |
| 14440665 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:30:12 | Citi, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14440666 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:29:14 | Citibank/Sears, Citicorp Credit Services/Attn: Centraliz, Po Bopx 790040, Saint Louis, MO 63179-0040 |
| 14440667 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:29:20 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14440668 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:29:14 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 14440669 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2025 00:29:41 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14440670 | + | Email/Text: mrdiscen@discover.com | Jan 30 2025 00:16:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14440671 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 30 2025 00:17:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 14440673 | | Email/Text: EBNBKNOT@ford.com | Jan 30 2025 00:17:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14442794 | | Email/Text: EBNBKNOT@ford.com | Jan 30 2025 00:17:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 14440672 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 30 2025 01:09:16 | First Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 14440674 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2025 00:17:00 | Internal Revenue Service, Room 5200 IE:T3:1, 600 Arch Street, Philadelphia, PA 19106 |
| 14440664 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2025 00:42:05 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14440675 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2025 00:17:00 | Kay Jewelers, Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 14440676 | + | Email/PDF: bankruptcy_prod@navient.com | Jan 30 2025 00:29:04 | Kohls/Capital One, Po Box 9500, Wilks-Barr, PA 18773-9500 |
| 14440677 | + | Email/PDF: bankruptcy_prod@navient.com | Jan 30 2025 00:29:08 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14454737 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2025 00:30:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14463838 | | Email/PDF: bankruptcy_prod@navient.com | Jan 30 2025 00:29:45 | SLM BANK, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14469983 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 30 2025 00:29:14 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14440681 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:30:12 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14440682 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:29:44 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14440683 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:30:31 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 14440684 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:58:02 | Synchrony Bank/TJX, Po Box 965064, Orlando, FL 32896-5064 |
| 14440685 | + | Email/Text: bncmail@w-legal.com | Jan 30 2025 00:17:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14440686 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 30 2025 00:16:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14440687 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 30 2025 00:16:00 | Usaa Federal Savings Bank, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14440688 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:30:24 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14457419 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor BANK OF AMERICA  N.A nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| DANIEL P. JONES | on behalf of Creditor BANK OF AMERICA  N.A. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Citimortgage  INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 29, 2025 | Form ID: 138OBJ | Total Noticed: 55 |

DENISE ELIZABETH CARLON
    on behalf of Creditor BANK OF AMERICA  N.A bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor BANK OF AMERICA  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

ROGER FAY
    on behalf of Creditor BANK OF AMERICA  N.A. rfay@alaw.net, bkecf@milsteadlaw.com

RONALD G. MCNEIL, Esquire
    on behalf of Debtor Raymond G. Fragassi r.mcneil@verizon.net

THOMAS SONG
    on behalf of Creditor Citimortgage  INC. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*Form 138OBJ* (6/24)−doc 75 − 72

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|   Raymond G. Fragassi ) | | Case No. 19−17836−amc |
| ) | | |
| ) | | |
|   Debtor(s). ) | | Chapter: 13 |
| ) | | |
| ) | | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

    Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

    In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 29, 2025                                                                                                   For The Court

                                                                                                                                                                                            Timothy B. McGrath
                                                                                                                                                                                            Clerk of Court